# THE LAW OFFICES OF SEAN M. MAHER, PLLC

December 16, 2020

**VIA ECF**

The Honorable Ronnie Abrams
Unites States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
December 16, 2020

      **RE:**    *United States v. Kevin Walker*, 16 Cr. 327 (RA)
              **Defense Request for Legal Call with Mr. Kevin Walker, Reg. No. 75832-054**

Dear Judge Abrams:

      On behalf of the defendant, Mr. Kevin Walker, Reg. No. 75832-054, we respectfully write to request that the Bureau of Prisons ("BOP") and its agent, the Warden of USP Canaan in Waymart, Pennsylvania, be directed to permit undersigned counsel to have a legal call with Mr. Walker this week no later than 5:00 p.m. Friday, December 18, 2020.

      The reason for this request is that undersigned counsel have been preparing a Rule 33 motion for a new trial based upon newly discovered evidence and we need to consult with Mr. Walker before filing. The jury returned its verdict in this matter on December 20, 2017, thus making Mr. Walker's motion due within three years of that date. We have tried to arrange a legal call with Mr. Walker through the proper channels at USP Canaan and have been informed that USP Canaan is not permitting any incarcerated persons out of their cells, even for legal calls, because of the COVID-19 pandemic. While the logistical difficulties presented by the pandemic to all parties, including the BOP, are understood, it is imperative that we consult with Mr. Walker before filing the Rule 33 motion by the upcoming deadline.

      The Court's consideration is greatly appreciated.

      Respectfully submitted,

      SEAN M. MAHER
      GRÁINNE E. O'NEILL
      *Counsel for Mr. Kevin Walker*

      BY:

      _____/S/_____
      Sean M. Maher

2796 SEDGWICK AVENUE, SUITE C1, BRONX, NEW YORK 10468
(212) 661-5333 • (212) 227-5808 FAX
WWW.SEANMAHERLAW.COM