USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/12/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

KEVIN WALKER,

Defendant.

No. 16-CR-327 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On December 20, 2020, Defendant Kevin Walker filed a motion for a new trial pursuant to Federal Rule of Criminal Procedure 33. Under Local Criminal Rule 49.1, the Government's response to Defendant's motion was due by January 3, 2021. *See* Local Criminal Rule 49.1(b). The Court has not received a response. No later than January 22, 2021, the Government shall file its opposition to Defendant's motion or a letter indicating that it does not intend to file an opposition. If the Government chooses not to submit an opposition to the motion for a new trial, the Court will deem the motion fully briefed and take it under submission.

SO ORDERED.

Dated:    January 12, 2021
           New York, New York

                                      Ronnie Abrams
                                      United States District Judge