# THE LAW OFFICES OF SEAN M. MAHER, PLLC

March 16, 2021

**VIA ECF**

Honorable Ronnie Abrams
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
March 16, 2021

    **RE:**   *United States v. Kevin Walker*,
           **16 Cr. 327 (RA)**

Dear Judge Abrams:

    We respectfully write on behalf of Mr. Walker to request that the Court extend the time for the defense to file its reply concerning the outstanding Rule 33 motion to April 9, 2021. The additional time is needed in light of the complexity of the issues and the need to be able to communicate with Mr. Walker, who is incarcerated out of state.

    AUSA Jonathan Rebold has informed the defense that the government consents to this defense request to extend the defense reply filing date until April 9, 2021.

    Respectfully submitted,

    /S/
Sean M. Maher
Gráinne E. O'Neill
*Counsel for Kevin Walker*

cc:    Opposing counsel via ECF

2796 SEDGWICK AVENUE, SUITE C1, BRONX, NEW YORK 10468
(212) 661-5333 • (347) 548-9959 FAX
WWW.SEANMAHERLAW.COM